**558-15**

# ELECTRONIC RECORD

COA #14-13-00810-CR

OFFENSE: Indecency with a Child

STYLE: Pedro Beltran Batalla v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 182nd District Court

DATE: April 16, 2015    Publish: No

TC CASE #: 1287753

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Pedro Beltran Batalla v The State of Texas

CCA # _____

_____PRO SE_____   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: _July 29, 2015_

JUDGE: _PC_____

CCA Disposition: _**558-15**_

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**